GARRICK S. LEW (SBN 61889)
EDWARD J. HU (SBN 260421)
Law Offices of Garrick S. Lew
Design Center East
600 Townsend Street, Suite 329E
San Francisco, CA 94103-4937
Telephone: (415) 575-3588
Facsimile:  (415) 522-1506
gsl@defendergroup.com

Attorneys for Defendant
JOSE LUIS PEREZ

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | CR 09-1207 SBA |
|---|---|---|
| Plaintiff, | ) ) ) | [PROPOSED] ORDER. |
| vs. | ) ) | |
| JOSE LUIS PEREZ, *et al.* | ) ) | |
| Defendants. | ) ) | |
| | ) | Court:      Hon. Saundra B. Armstrong |

Upon the foregoing motion and declaration of counsel, and GOOD CAUSE being found, it is

hereby ORDERED that the manually filed pleading shall be made *under seal* pursuant to Civil L.R. 7-11,

79-5(a) and (b); and Crim. L.R. 55-1(b).

IT IS SO ORDERED.

Dated: _9/23/11_____      _____
HON. SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT COURT JUDGE

*United States v. Perez, et al.* (CR. 09-1207 SBA)
ORDER Permitting Under Seal Filing.